IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. WALLACE,<br><br>   Plaintiff,<br><br>   v.<br><br>U.S. GOVERNMENT, et al.,<br><br>   Defendants.<br>_____/ | No. C 06-80313 MISC-SI<br>No. C 06-80314 MISC-SI<br>No. C 06-80315 MISC-SI<br><br>**PRE-FILING REVIEW ORDER: COMPLAINTS NOT ACCEPTED FOR FILING** |

On November 8, 2006, plaintiff filed three complaints in this Court. In accordance with the Court's August 19, 2004 Order Granting Defendant's Request for Pre-Filing Review Order, the Court reviewed plaintiff's complaints to determine whether they should be accepted for filing. The Court concludes that plaintiff's complaints are incoherent and fail to state a claim upon which relief can be granted. Accordingly, plaintiff's complaints in the above-listed cases shall not be accepted for filing, and plaintiff's applications to proceed *in forma pauperis* are DENIED as moot.

**IT IS SO ORDERED.**

Dated: November 21, 2006

_____
SUSAN ILLSTON
United States District Judge